UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY MOREHOUSE, Plaintiff, v. YASSER MANSOUR, Defendant. | No. 2:25-cv-01597-DC-EFB (PC) ORDER |

Plaintiff is a state prisoner proceeding without counsel in this action brought pursuant to 42 U.S.C. § 1983. He paid the filing fee and sought leave to proceed in forma pauperis. ECF No. 4. In September 2026, the court granted plaintiff leave to proceed in forma pauperis. ECF No. 17. The court erroneously entered a payment order to the California Department of Corrections and Rehabilitation despite plaintiff's having paid the filing fee in full. ECF No. 18. On September 18, 2026, the court vacated the payment order. ECF No. 20. However, plaintiff informs the court that payments continue to be sent to the court from his inmate trust account toward the payment of the fee. ECF Nos. 22-25.

It is hereby ORDERED that:

1. Any and all payments received by the court toward the payment of plaintiff's filing fee in this action be refunded to plaintiff.

////

2. The California Department of Corrections and Rehabilitation shall stop deducting funds from plaintiff's inmate trust account to pay the filing fee in this action. The fee has been paid in full.
3. The Clerk of Court is directed to serve this order on the court's Financial Department and the Director, California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814.

Dated: November 12, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE